**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Dr., Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

**BRADLEY/GROMBACHER, LLP**
Robert N. Fisher, Esq. (SBN 302919)
246 5th Avenue, Suite 522
New York, NY 10001
Telephone: (805) 270-7100
rfisher@bradleygrombacher.com

*Attorneys for Plaintiff and the Putative Class and Collective*

# UNITED STATE DISTRICT COURT

# NORTHER DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN TURNER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL INCOME LIFE INSURANCE COMPANY, and Does 1-20.<br><br>Defendant. | **CASE NO.**  5:21-CV-0003 (BKS/TWD)<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>**JOHN TURNER CONSENT TO JOIN FORM** |

-1-
**CONCENT TO JOIN FORM**

## CONSENT TO JOIN FORM

**Consent to sue National Income Life Insurance Company, for wage and hour violations under the Fair Labor Standards Act ("FLSA")**

I was a trainee and agent at National Income Life Insurance Company from approximately February of 2014 through 2017.

I choose to participate in the class and FLSA collective action titled *Turner* v. *National Income Life Insurance Company,* pending in the United States District Court for the Northern District of New York to recover for wage and hour violations committed by NILICO.

I choose to be represented in this matter by Bradley/Grombacher, LLP, in this action. I hereby consent, agree, and opt-in to become a party plaintiff and agree to be bound by any adjudication or settlement of this action, whether it is favorable or unfavorable.

Dated: 1/4/21       Signature: _John Turner_

Print Name:   John Turner

Address: c/o Bradley Grombacher LLP, 31365 Oak Crest Dr., Suite 240, Westlake Village, California 91361