UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN TURNER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v<br><br>NATIONAL INCOME LIFE INSURANCE COMPANY; and Does 1-20,<br><br>Defendant. | CASE NO.   5:21-CV-0003 (BKS/TWD)<br><br>NOTICE OF JOINT MOTION TO APPROVE FLSA INDIVIDUAL SETTLEMENT |

Defendant National Income Life Insurance Company ("NILICO" or "Defendant") and Plaintiff John Turner ("Turner" or "Plaintiff") jointly move the Court to (i) approve the Parties' settlement of Plaintiff's individual claim under the Fair Labor Standards Act ("FLSA"); (ii) dismiss Plaintiff's individual claims with prejudice, and (iii) dismiss the claims of any putative class and collective members without prejudice.  The Parties' joint motion is made on the grounds that the Parties' proposed settlement is a fair and reasonable resolution of a bona fide dispute as to whether Plaintiff is entitled to recover any amounts under the FLSA.  The Parties' joint motion is based on the accompanying Memorandum of Points and Authorities in Support of Joint Motion to Approve FLSA Individual Settlement, the Settlement Agreement, and the Declarations of Jeffrey M. Hammer, Debra Gamble, and Kiley Grombacher and exhibits thereto.

[*Signature Page Follows*]

DATED:  June 28, 2021 **KING & SPALDING LLP**

By: */s/ Arwen Johnson*
Arwen Johnson
*Pro hac vice*
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Email:  arwen.johnson@kslaw.com

*Attorneys for Defendant National Income Life Insurance Company*

DATED:  June 28, 2021 **BRADLEY/GROMBACHER LLP**

By: */s/ Kiley L. Grombacher*
Kiley L. Grombacher
*Pro hac vice*
31365 Oak Crest Dr., Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589

*Attorneys for Plaintiff John Turner*